## CHASE MANHATTAN BANK *v.* WILLIAM H. GILBERT ET AL.
### (15893)

O'Connell, Lavery and Schaller, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

## GREATER HARTFORD OB-GYN, P.C. *v.* AETNA LIFE AND CASUALTY COMPANY
### (15768)

Dupont, C. J., and Foti and Landau, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

## STANLEY V. TUCKER *v.* BOARD OF TAX REVIEW OF THE CITY OF TORRINGTON
### (15550)

Foti, Landau and Heiman, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.